**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

KINSALE INSURANCE COMPANY,

      Plaintiff,

v.                                   CASE NO:

BEST WELLNESS USA, LLC,
ERIN GILBERT and PATRICK
GILBERT.

      Defendants.

_____/

## COMPLAINT FOR DECLARATORY RELIEF

KINSALE INSURANCE COMPANY ("Kinsale") files suit against BEST WELLNESS USA, LLC ("Best Wellness"), ERIN GILBERT, and PATRICK GILBERT, and alleges:

### NATURE OF THE ACTION

1.     This is an action for declaratory relief under 28 U.S.C. § 2201 over whether there is coverage for acute respiratory disease from cannabidiol products under an insurance policy with a Cannabis Health Hazard Exclusion. As a matter of law, Kinsale submits it owes no coverage.

### JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between plaintiff and defendants and because the amount in controversy exceeds $75,000 exclusive of attorney's fees and costs.

3.     Venue is proper in this district because Kinsale issued and delivered the policy to its named insured in this district, the underlying lawsuit is in this district, Erin and Patrick Gilbert are domiciled in this district, Best Wellness has its principal place of business in this district, and otherwise "a substantial part of the events … giving rise to the claim occurred in this district." *See* 28 U. S. C. § 1391(b)(2).

4.      All conditions precedent occurred, were waived, or were satisfied.

## THE PARTIES

5.      Kinsale is an Arkansas corporation with its principal place of business in Richmond, Virginia. Kinsale is an eligible surplus lines insurer that issued a commercial general liability insurance policy to Best Wellness.

6.      Best Wellness is a Florida limited liability company. Its single member, GNS Wholesale Corp., is a Florida corporation with its principal place of business in Florida. Best Wellness was named as a defendant in an underlying lawsuit by Erin and Patrick Gilbert and seeks coverage under the Kinsale policy.

7.      Erin Gilbert is a Florida citizen. Erin Gilbert sued Best Wellness alleging she contracted acute respiratory disease from using cannabidiol products distributed by Best Wellness.

8.      Patrick Gilbert is a Florida citizen. Patrick Gilbert sued Best Wellness for loss of consortium.

## THE ACUTE RESPIRATORY FAILURE LAWSUIT

9.      Best Wellness is in the business of distributing USA-grown, laboratory-tested, organic style cannabidiol products, including the Just CBD Mango.

10.     The "Just CBD Mango" is a cannabidiol cartridge for vaporizers involved in the lawsuit by Erin and Patrick Gilbert, in circuit court, in Broward County, Florida, under Case Number CACE-2019-020275. (A copy of the operative complaint is attached as Exhibit "A.")

11.     The Gilberts allege on 08/15/2019, Ms. Gilbert purchased a Just CBD Mango cartridge that she consumed between that date and 08/18/2019. (Compl. ¶¶38-9.)

12.     According to the complaint, on 08/18/2019, Ms. Gilbert suffered from acute respiratory failure as a result of her consumption of Just CBD Mango. (¶54.)

13.     Ms. Gilbert's acute respiratory failure allegedly progressed to the point she required amputation of both her legs. (¶¶42-50.)

14.     Ms. Gilbert asserted claims for (1) Strict Liability – Design Defect, (2) Negligent Design, (3) Strict Liability – Manufacturing Defect, (4) Negligent Manufacturing, (5) Strict Liability – Warning Defect, and (6) Negligence – Warning Defect against Best Wellness. Mr. Gilbert asserted a claim for Loss of Consortium of his wife. (¶¶91-92.)

15.     Kinsale has been fully defending Best Wellness in the acute respiratory failure lawsuit but under a complete reservation of rights.

### THE KINSALE POLICY

16.     Kinsale issued a commercial general liability – claims made policy to Best Wellness as the Named Insured, bearing Policy Number 0100107558-0, and effective from 02/05/2020 to 02/05/2021. (A complete copy of the policy is attached as Exhibit "B.")

### COUNT I – NO COVERAGE UNDER THE
### CANNABIS HEALTH HAZARD EXCLUSION

17.     Kinsale incorporates paragraphs 1 through 16.

18.     The Kinsale policy includes the following exclusion:

## EXCLUSION - CANNABIS HEALTH HAZARD

**This endorsement modifies insurance provided under the following:**
**COMMERCIAL GENERAL LIABILITY COVERAGE**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE**

The following exclusions are added to this policy:

This insurance does not apply to:

1.     Any claim or "suit" arising directly or indirectly out of, related to, or, in any way involving the actual or alleged emergence, contraction, aggravation or exacerbation, or the threat or fear of the emergence, contraction, aggravation or exacerbation, of any form of cancer, respiratory disease, cardiovascular disease, neurological disease, mental illness, birth

defect, or cannabinoid hyperemesis syndrome, as a result of the use or consumption of, or exposure to "your product".

2. Any claim, "suit", or class action whether or not certified as such, arising directly or indirectly out of, related to, or, in any way involving the use or existence of "your product" and that:

    a. Seeks recovery of economic costs including costs for medical monitoring or for medical, police or emergency services;

    b. Alleges interference with a right common to the general public, including but not limited to claims for nuisance;

    c. Alleges damages or seeks injunctive relief arising from the marketing, distribution or other sales or similar practice; or

    d. Alleges damages or seeks injunctive relief arising from the design of "your product" or the failure to issue warnings or the issuance of inadequate warnings.

3. Any claim, "suit", or class action whether or not certified as such, arising directly or indirectly out of, related to, or, in any way involving the use or existence of "your product", and is brought by any municipality, county, state, federal or other governmental entity, public foundation, special interest group, non-profit organization or other similar entity, group or individual who has not himself or herself suffered "bodily injury".

19. The exclusion was fully disclosed to Best Wellness in the Quote before the policy was issued. The exclusion was fully disclosed to Best Wellness in the Binder.

20. Accordingly, there is no duty to defend or indemnify Best Wellness under the Kinsale policy for the underlying lawsuit.

<u>**COUNT II – NO COVERAGE UNDER THE**</u>
<u>**THE DUTY TO DEFEND EXCLUSION**</u>

21. Kinsale incorporates paragraphs 1 through 16.

22. The Kinsale policy includes the following exclusion:

**ADDITIONAL POLICY**
**EXCLUSIONS – CANNABIS**

The following exclusions are added to this policy:

**DUTY TO DEFEND EXCLUSION**

Where there is no coverage under this policy, there is no duty to defend.

23.     There is no coverage for Best Wellness under the Kinsale policy.

24.     Accordingly, there is no duty to defend or indemnify Best Wellness under the Kinsale policy for the underlying lawsuit.

<u>**RELIEF REQUESTED**</u>

Kinsale respectfully requests that this Court:

a.  Take jurisdiction and adjudicate the rights of the parties under the Kinsale policy;

b.  Declare the following:

    i.   There is no coverage for Best Wellness because the policy's Cannabis Health Hazard Exclusion applies to bar coverage; and

    ii.  Kinsale has no duty to defend Best Wellness in the acute respiratory failure lawsuit because the Duty to Defend Exclusion applies.

c.  Award Kinsale all costs incurred to prosecute this action, as well as any other relief this Court deems equitable, just, and proper.

Respectfully submitted,

<u>/s/SINA BAHADORAN</u>
S<small>INA</small> B<small>AHADORAN</small>
Florida Bar No. 523364
Sina.Bahadoran@clydeco.us
S<small>ERGIO</small> B<small>UENO</small>
Florida Bar No. 112401
Sergio.Bueno@clydeco.us

Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
T: 305.446.2646