UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61867-CIV-DIMITROULEAS

KINSALE INSURANCE COMPANY,

    Plaintiff,

vs.

BEST WELLNESS USA, LLC,
ERIN GILBERT and PATRICK
GILBERT

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 14], filed herein on November 9, 2021. The Court has carefully considered the Notice [DE 14] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Notice [DE 14] is **APPROVED**;

2.     This action is **DISMISSED WITHOUT PREJUDICE**; and

3.     The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9th day of November, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record