UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61867-CIV-DIMITROULEAS

KINSALE INSURANCE COMPANY,

      Plaintiff,

vs.

BEST WELLNESS USA, LLC,
ERIN GILBERT and PATRICK
GILBERT

      Defendant.

_____/

## ORDER ADOPTING AND APPROVING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant's Supplemental Motion for Attorney's Fees Related to Responding to Plaintiff's Objection to Report & Recommendation [DE 30] (the "Motion"), filed August 29, 2022, and the October 25, 2022 Report and Recommendation of Magistrate Judge Patrick M. Hunt [DE 34] (the "Report").  The Court notes that no objections to the Report [DE 34] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 34] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 34] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 34] is hereby **ADOPTED** and **APPROVED**; and

2.     Defendant's Motion [DE 30] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 9th day November, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Hunt